THE TAYLOR-FRIEDSAM COMPANY, Appellant, v. NEWARK FIRE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL ROSENBERG, Doing Business, etc., Appellant, v. D. S. STERN CO., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL ROSENBERG, Doing Business, etc., Appellant, v. D. S. STERN CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ELIZA GOLDSMITH, Individually and as Administratrix of the Estate of CHARLES S. GOLDSMITH, Deceased, Respondent, v. THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Arbitration between EDMUND WRIGHT-GINSBERG Co., INC., and Others, Respondents, and HARRY GOLDINGER and JOSEPH GOLDINGER, Also Known as JOE GOLDINGER, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DANIEL KAYLOR, JR., an Infant, by his Guardian ad Litem, DANIEL KAYLOR, Respondent, v. UNION RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NIMA GOLWYNNE, Respondent, v. HENRY ALEXANDER GOLWYNNE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DAVID GARMAN, Respondent, v. ELLA GARMAN, Appellant.— Judgment and order affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IRLRAY REALTY AND CONSTRUCTION CORPORATION, Respondent, v. PERRY A. HULL and EDITH HULL, Appellants.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IRVING A. SIESS and Another, Respondents, v. CATHERINE F. SMITH, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EDGEWORTH SMITH, INC., Appellant, v. WILLIAM GEIGER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

AL GOLDSTEIN, Respondent, v. IRMA ERLANGER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MONTEBELLO COAL AND ICE CORPORATION, Respondent, v. PATSY BENEDETTO, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.